**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| **BENJAMIN FISHER, individually and on behalf of all others similarly situated,** | |
| Plaintiff, | |
| **v.** | **Civil Action No. 3:18-cv-479-CRS** |
| **WILSON PIZZA CK INC., WILSON PIZZA COMPANY, and SCOTT WILSON,** | |
| Defendants. | **JURY DEMANDED** |

## NOTICE

COMES NOW, the Parties and file this Notice and respectfully show the Court as follows: Plaintiff and the above-named Defendants and are in the process of finalizing the settlement in the above-referenced matter, including preparation of the settlement agreement, motion for approval, and dismissal documents.   The Parties have exchanged drafts of the settlement agreement, the motion for approval, and dismissal documents and anticipate the same should be completed by October 18, 2019 and hereby request this additional time to file dismissal documents.

Respectfully submitted,


/s/ David O'Brien Suetholz_____
David O'Brien Suetholz
**Branstetter, Stranch & Jennings, PLLC**
515 Park Avenue
Louisville, KY 40208
Phone: 502-636-4333
Email: davids@bsjfirm.com

J.Gerard Stranch, IV
**Branstetter, Stranch & Jennings, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: 615-254-8801
Fax: 615-255-5419
Email: gerards@bsjfirm.com

Matthew Haynie
**FORESTER HAYNIE PLLC**
1701 N. Market Street, Suite 210
Dallas, TX 75020
Phone: 214-210-2100
Fax: 214-346-5909
Email: matthew@foresterhaynie.com

**ATTORNEYS FOR PLAINTIFFS**

FISHER & PHILLIPS LLP
/s/ Kathleen McLeod Caminiti
Kathleen McLeod Caminiti
430 Mountain Avenue, Suite 303
Murray Hill, NJ 07974
Telephone: (908) 516-1062
kcaminiti@fisherphillips.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing through the Court and served a copy of this on Defendants' counsel.

/s/ David O'Brien Suetholz_____

OP 1860580.1