IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| BENJAMIN FISHER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WILSON PIZZA CK INC., WILZON PIZZA COMPANY, and SCOTT WILSON,<br><br>    Defendants. | Civil Action No. 3:18-cv-479-CRS<br><br>JURY DEMANDED |

**ORDER GRANTING UNOPPOSED MOTION
TO FILE SETTLEMENT AGREEMENT UNDER SEAL**

This Matter is before the Court on Defendants' Unopposed Motion to File Settlement Agreement Under Seal.  Being fully advised, the Court GRANTS Defendants' Motion in its entirety.

IT IS SO ORDERED that Defendants may file their settlement agreement under seal.

October 29, 2019

Charles R. Simpson III, Senior Judge
United States District Court