**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| **BENJAMIN FISHER, individually and on behalf of all others similarly situated,** | |
| Plaintiff, | |
| **v.** | **Civil Action No. 3:18-cv-479-CRS** |
| **WILSON PIZZA CK INC., WILZON PIZZA COMPANY, and SCOTT WILSON,** | |
| Defendants. | **JURY DEMANDED** |

---

### ORDER GRANTING JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT

---

THIS MATTER IS BEFORE THE COURT ON THE PARTIES' JOINT "MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT." HAVING CAREFULLY CONSIDERED THE MOTION, THE UNDERSIGNED WILL GRANT THE MOTION.

IT IS THEREFORE ORDERED that the "Joint Motion for Preliminary Approval of Settlement Agreement" is GRANTED. The Court ORDERS:

1. The Parties are authorized to send notice of the settlement to the following class, which has been certified for settlement purposes only:

> All Kentucky-based delivery drivers employed by Defendants who received mileage reimbursements from July 19, 2013, to September 30, 2019, and all Indiana-based delivery drivers employed by Defendants who received mileage reimbursements from July 19, 2015, to September 30, 2019.

Notice shall be sent pursuant to the procedure set forth in the Parties' Settlement and Release Agreement ("Agreement").

FP 36237257.3

2. The Court approves the proposed Notice of Class Action Settlement ("Round 2 Notice") and proposed Claim Form as set forth as an "Exhibit" to the Agreement;

3. The Court authorizes for a third-party Settlement Claims Administrator, as agreed to by the Parties pursuant to the terms of the proposed Agreement, to send initial and reminder notices to all Delivery Drivers containing the Court's approved Notice, Claim Form, and a postage paid return envelope addressed to the Settlement Claims Administrator pursuant to the terms of the Agreement;

4. The Court approves the proposed schedule and procedure for the final approval of the proposed Agreement and Orders that the final approval hearing will be held on **February 5, 2020 at 1:30 p.m. prevailing local time**.

**IT IS SO ORDERED.**

October 29, 2019

**Charles R. Simpson III, Senior Judge**
**United States District Court**